# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDRAS DANIEL LEE<br><br>　　　　　　Defendant. | CR NO: 1:21-CR-00193 |

**FILED**
FEB 23 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　☐ Ad Testificandum

Name of Detainee: Andras Daniel Lee
Detained at: North Kern State Prison
Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 1, 2022 at 2:00 PM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, or **on March 1, 2022 at 2:00 PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 2/23/22

Honorable ~~Barbara A. McAuliffe~~ Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | | DOB: | 06/26/1989 |
| Facility Address: | North Kern State Prison | Race: | Black |
| Facility Phone: | | FBI#: | 39359JD4 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　_____
　　　　　　　　　　　　　　(signature)