**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for ANDRAS DANIEL LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRAS DANIEL LEE,<br><br>Defendant. | No. 1:21-cr-00193-ADA-BAM-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On July 22, 2021, Andras Daniel Lee was indicted on federal charges. Timothy Hennessy appointed as trial counsel to represent Mr. Lee on 1:21-cr-00193-ADA-BAM-1 in his criminal case. Mr. Lee was sentenced pursuant to a plea agreement on March 6, 2023. The time for filing a direct appeal was March 24, 2023. No direct appeal was filed. Mr. Lee was in custody at sentencing. Having completed his representation of Mr. Lee, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/

//

///

1     Should Mr. Lee require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: March 24, 2023                    Respectfully submitted,

                                          /s/*Timothy Hennessy*
                                          Timothy Hennessy
                                          Attorney for Andras Daniel Lee

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Andras Daniel Lee at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Andras Daniel Lee
88044509
PO BOX 637
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   April 4, 2023

UNITED STATES DISTRICT JUDGE